ORIGINAL

FILED
DEC - 8 2006
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**

**Plaintiff,**

**VERSUS**

**THE UNITED STATES OF AMERICA**

**Defendant,**

**Case No.:** 06-835 C

**COMPLAINT**

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and for its complaint against The United States of America (hereinafter "the Government"), avers as follows:

**1.**

At all pertinent times Plaintiff, Gulf Group, is a Kuwait corporation with its principal place of business in Kuwait City, Kuwait.

**2.**

At all pertinent times Defendant, the United States of America, was acting through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT).

**3.**

Jurisdiction over this case is based on the Contract Dispute Act of 1978, 41 U.S.C. §601 *et seq.*, and the Tucker Act, 28 U.S.C. §1491 for claims against the United States.

**4.**

This is a contract action based upon the Contracting Officer's denied Gulf Group's certified

claim submitted on October 10, 2005. The Contracting Officer failed within sixty (60) days of receipt of the claim, or within a reasonable time thereafter, to issue a Final Decision as required under 41 U.S.C. §§605(c)(1) and (c)(3). The Contracting Officer's failure to issue a final decision within the required period is deemed to be a denial of the claim. This Court therefore has jurisdiction pursuant to the Contract Dispute Act.

**5.**

On September 30, 2004, the Government through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) awarded to Gulf Group General Service Contract No. W912D1-04-A-0047 (attached hereto as Exhibit "A"), for the procurement and supply to Camp Buehring in Kuwait of various products consisting of tents, portable latrines, lights, bulk water, dumpsters, and electrical generators and certain specified services in connection with the supply, set up, positioning, servicing and maintenance of some of those products, with a period of performance from October 1, 2004 through September 30, 2006 (hereinafter "the Contract.") This Contract has a BPA Master Dollar Limit of $10,000,000 and a BPA Call Limit of $7,000,000. The Government's specific requirements under the contract and the agreed fixed price for each such requirement are contained in the BPA Call Modification number 000101 dated September 30, 2004 a copy of which is attached hereto as Exhibit "B."

**6.**

Upon award of the contract on September 30, 2004, in order to ensure an expeditious and effective performance of its contractual obligations, Gulf Group immediately took steps to acquire the necessary equipment, materials, supplies, and personnel needed for Gulf Group to procure their

delivery and placement and therefore to comply with its contractual obligations. Specifically, Gulf Group purchased 61 dumpsters each with a capacity of 6 cubic meters, 2 vacuum tankers, 13 Magnum tower lights, 39 9x32 fest tents packages, 1 7x12 fest tent package, 7 60 kw diesel generators, 158 portable latrines, and 1 portable water tanker, all at the cost of KWD 345,717.00 or US $1,183,841.00.

**7.**

Gulf Group was fully prepared to perform under the contract and was ready to continue to fully perform for the duration of the contract, including any potential future extensions of the same.

**8.**

On or about October 12, 2004, after Gulf Group had commenced performing its contractual duties, and after incurring substantial preparatory costs to perform under the Contract, the U.S. Army Contracting Command SWA-Kuwait (ARCENT) Contracting Officer, Gloria D. Davis, without warning or just reason, and solely for the convenience of the Government, issued BPA Call Modification Number 000103 (attached hereto as Exhibit "C") and cancelled the Contract.

**9.**

The Government, by virtue of its decision to cancel the contract for its convenience, is required to compensate Gulf Group fully and to put Gulf Group in as good a position as it would have been had the Government not cancelled the contract, including compensation for the profits it anticipated to generate for the full term of the Contract, as well as for the preparatory expenses incurred in furtherance of the contract plus interest.

**10.**

As a result of the Government's cancellation of the Contract solely for the convenience of the Government, Gulf Group incurred damages in the form of preparatory expenses, lost profits, and legal fees in the amount presently estimated to be $7,000,000.

**11.**

On or about October 10, 2005, prior to the commencement of this action, and in compliance with Federal Acquisition Regulation (FAR) Part 49.206, found at 48 C.F.R. § 49.206, Gulf Group timely filed an administrative claim against the Government by serving on the Contracting Officer, Major John Cockerham, a Certified Claim and Settlement Offer (attached hereto as Exhibit "D.") More than 60 days have passed since the filing of Gulf Group's Certified Claim and Settlement Offer without the Contracting Officer issuing a final decision on Gulf Group's Certified Claim and Settlement Offer. Therefore, pursuant to 41 U.S.C. §§605(c)(1) and (c)(3), Gulf Group's claim is deemed denied and this lawsuit followed.

**WHEREFORE**, Plaintiff prays that:

I. Judgment be entered in favor of the Plaintiff, Gulf Group General Enterprises Co. W.L.L. and against The United States, in the amount of $7,000,000, together with interest, costs and attorney fees; and

III. Plaintiff be awarded such other relief as it may be entitled to receive under the law.

Dated: December 7, 2006

Respectfully submitted,

ILIAURA HANDS (LA # 23115)

MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: jli@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

PLEASE SERVE:

THE UNITED STATES
THROUGH THE CLERK OF COURT

EXHIBIT "A"

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 17

| | | | | |
|---|---|---|---|---|
| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. W912D1-04-A-0047 | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL 2004 Sep 30 | 4. REQ./ PURCH. REQUEST NO | 5. PRIORITY |

6. ISSUED BY CODE W912D1
U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BLDG 216
CAMP ARIFJAN AE 09366

7. ADMINISTERED BY CODE W912D1
US ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BLDG 216 ATTN: CPT TRIMBLE 965-389-234
CAMP ARIFJAN AE 09366

8. DELIVERY FOB
☐ DEST
☒ OTHER
(See Schedule if other)

9. CONTRACTOR CODE 5X183
GULF GROUP General Enterprises Co.
SAUD AL-TAWASH
PO BOX 28974 21613
SAFAT 13091 13066
DUNS - 535000319
TEL 2465111 FAX 2465222

FACILITY

10. DELIVER TO FOB POINT BY (Date)
SEE SCHEDULE

11. MARK IF BUSINESS IS
☐ SMALL
☐ SMALL DISADVANTAGED
☐ WOMEN-OWNED

12. DISCOUNT TERMS
NET 30

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Item 15

14. SHIP TO CODE
SEE SCHEDULE

15. PAYMENT WILL BE MADE BY CODE 806075
ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
FAX: 965-468-5219; PHONE 965-468-2051
APO AE 09889-9800

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

16. TYPE OF ORDER
DELIVERY/ CALL — This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE — Reference your quote dated
Furnish the following on terms specified herein. REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| Gulf Group General Enterprises | [signature] | SAUD AL-TAWASH GM | 2004/9/30 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: 011-965-389-2335
EMAIL: gloria.davis@arifjan.arcent.army.mil
BY: Gloria D. Davis [signature]
CONTRACTING / ORDERING OFFICER

25. TOTAL
29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN
☐ INSPECTED ☐ RECEIVED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO.
☐ PARTIAL
☐ FINAL

28. DO VOUCHER NO.

30. INITIALS

31. PAYMENT
☐ COMPLETE
☐ PARTIAL
☐ FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

Section B - Supplies or Services and Prices

BPA Master Dollar Limit: $10,000,000.00
BPA Call Limit: $7,000,000.00

Period of Performance: 30-Sep-2004 to 30-Sep-2006

FSC Codes:

| | | | | |
|---|---|---|---|---|
| 6210 | S114 | S205 | V002 | W059 |
| X244 | X299 | | | |

Section C - Descriptions and Specifications

STATEMENT OF WORK

SCOPE OF WORK

1. TENT PACKAGE: The contractor shall provide the United States Army Central Command-Kuwait with complete tent packages. These tent packages include set up, tear down, floors, power outlets, interior lighting, environmental control units, and generator-supplied power. The contractor shall supply, set up/tear down of all equipment at a site as designated by the government representative. Tents include liners, light sets, generator power, power outlets, environmental control and floors. Tear down of tents includes complete removal of all equipment, wiring, materials and debris from the site. The period of performance (start date and no later than finish date), quantity, and location is listed in the Contract Line Item Number (CLIN).

a. Tent: These will consist of 9m X 32m tents. The tent top and tent sides shall be constructed from durable, flame retardant material that can withstand at least 12 months of harsh desert environment. If canvas is the material for the tent top, the canvas shall weigh a minimum of 22 ounces per square meter. If canvas is the material for the tent sides, the canvas shall weigh a minimum of 14 ounces per square meter. The material and design of the festival tent shall provide a dust free environment that shelters personnel and equipment from the sun, rain, and wind. Tents must be leak free, and the contractor must ensure that if tarps are required to repel water, they must be removed at the end of the rainy season. The tent needs to be properly tied down so that high winds do not blow it down. The short side of the tent shall be oriented toward the prevailing wind to minimize exposure. If a tent is blown down, the festival tent lease includes the re-erection of the tent within 8 hours of The Army notifying the contractor. Side panel seam ropes must be securely tightened to prevent dust from flowing through the seam between the tent side panels and roof. Windows shall be sewn shut and another piece of canvas shall be sewn over top of the window to prevent dust from flowing through the windows. Wooden framed doors with a minimum of 36" in width will be installed at each end of each tent to retain heat - A/C, reduce dust, pests and aid in egress in the event of a fire. Two layers of sandbags shall be placed on the outside skirt of the tent. Sandbags will be neatly placed and the top row shall be offset from the bottom row to promote stability. Sandbags must be burlap or other material that will not rapidly degrade in ultraviolet (UV) light. Contractor is responsible to replace sandbags as needed through the term of this agreement. Construction shall begin on or about 15 October 2004 and all systems must be operational on all pads on or about 15 November 2004.

b. Tent Flooring:

The festival tent lease shall include a wood floor that extends to all sides of the tent. The material for the wood floor shall be 3/4 inch, Grade "C" plywood with 2 1/2 inch nails to secure the wood in place. The support structure shall be 2x4s spaced a maximum of 16" on centers. A Government Engineer Supervisor shall inspect materials and building techniques before the contractor starts constructing the floor. The floor shall be level and there shall be no movement between the plywood joints while being walked on.

c. Lights: The festival tent lease shall include lighting. Lights shall provide adequate lighting so that one can read anywhere inside the tent. The contractor shall install the lights. If the lights are installed vertically in the tents, they shall be mounted a minimum of five feet from the floor to prevent accidental breakage. The contractor shall install one power switch at each end of the tent. A Government Engineering Advisor shall inspect the lighting installation on the first completed tent before the contractor proceeds with the lighting installation of the remaining tents. The contractor shall replace burnt out lights within 24 hours of being notified.

d. A/C and Heat: Each tent shall include air conditioning/heating capability for a target temperature between 25° C (77° F) and 32° C (90° F). This includes providing all required power sources and the installation and hook-up of all equipment. The contractor shall repair or replace malfunctioning units within 12 hours of the maintenance call.

e. Generator and Electrical: The contractor shall provide leased generators as requested by the Contracting Officer or his authorized representative. The lease includes delivery, hook-up to the electrical grid or equipment, recovery, services, and scheduled and unscheduled maintenance. Any leased generator that becomes non-operative and cannot be repaired must be replaced within 10 hours. Each tent shall be supplied with adequate generator power to operate the lights, ECUs and 20 each 13 amp electrical outlets shall be provided in each 9x32 tent. The contractor shall propose location of the generators to the COR for approval. The generators must be capable of operating at least 24 hours before requiring refuel. The contractor shall propose the configuration of how the power shall be supplied and must be approved by a government representative. All TOC tents shall have a redundant generator to ensure constant power to those tents. The contractor shall provide a sand bag barrier around the generator for noise control, at minimum height of the highest point of the generator; as well as a containment system beneath the generator to capture fuel leaks. The generator exhaust must point away from the tent pad. The contractor shall repair or replace malfunctioning units within 10 hours of the maintenance call. The contractor shall provide any training requested regarding the operation of the generators

f. Maintenance: The contractor must provide a 24 hour/7day point of contact for maintenance issues systems / services called for in this Scope of Work. The contractor shall provide maintenance on each tent no less than monthly and as needed. The Contractor must begin work for maintenance calls from the Camp Command Cell within four hours of notification. Maintenance will include the tightening of ropes, ensuring the poles are straight, all electrical outlets, lights and ECUs are functioning properly. Contractor shall repair rips and tears and seal any leaks in tents.

2. PORTABLE LATRINES: The Contractor will provide, deliver, setup, clean and maintain portable latrine units. The Contractor will provide all materials, equipment and labor necessary for provision of services described in this statement of work.

a. Technical Specifications: The Contractor will provide fully enclosed outdoor type portable latrines with the following specifications:

(1) Each latrine will be fully enclosed with a cabana constructed of materials impervious to chemicals and waste. All hardware, including latches, chains, locks and hinges will be made from corrosion resisting steel, brass or carbon steel (carbon steel must be zinc, cadmium or chrome plated). All metals will be similar so as to reduce or inhibit electrolytic corrosion.

(2) Each latrine will have a urinal and a toilet seat. The seat may be either open front design or molded into the tank. The urinals and connected plumbing must be manufactured of materials impervious to chemicals and waste. The spout/hose connecting the urinal and tank will be a minimum of ¾ inch in diameter.

(3) Each latrine must have a minimum 50-gallon tank assembly constructed of materials impervious to chemicals and waste and have a smooth surface to facilitate cleaning.

(4) The doors must be self-closing and tight fitting with a securely attached interior hook and eye, swing and latch or slide bolt-locking mechanism. Door hinges must be one of the following types; piano hinges, butt hinges or heavy-duty spring-loaded hinges. Hinges must be securely attached and tamper resistant.

(5) To resist mold, mildew, rot and insect damage, each latrine must be fitted with skids and tank under grid, fabricated from non-corrosive metal or construction grade pressure treated wood.

(6) A minimum vent area to the outside of the tank of 12.5 square inches (a circle approximately 4 inches in diameter) must be provided, but in no case will the tank vent area be less than the area of the bowl opening.

(7) There must be a minimum of two-screened ventilation areas venting the cabana, each having a minimum of 50 square inches of vent area. The vents must be fitted with a minimum size 16 mesh screening material to keep flies, wasp, insects, etc. out of the latrine.

(8) Each latrine must be equipped with a two-roll toilet tissue dispenser with toilet tissue placed in the dispenser following each cleaning. Toilet tissue must be in the dispenser. The dispenser must be constructed to prevent "free reeling" of the tissue. Each latrine must be stocked with sufficient rolls of toilet tissue rapped in a plastic bag to last between services.

(9) Each latrine must be tied down separately or in groups using a standard tie down strap or substantial rope connected on each end to rebar type stakes firmly positioned in the ground. The Contractor must provide all tie down, rope and staking equipment.

b. Specific Tasks: Delivery, Movement and Removal.

(1) Delivery and movement includes set up, positioning and servicing. Removal must include cleaning and elimination. The Contractor must ensure that all portable latrines and equipment delivered under this contract meet the minimum specifications as detailed in the Technical Specifications of this statement of work. All equipment and trucks used in conjunction with delivery, movement and removal must be leak proof and maintained in a clean and presentable condition.

(2) The Contractor must place portable latrines in locations, as designated by the COR. Each latrine must be in a serviceable condition. Latrines must be placed on a level surface with the door facing away from any prevailing winds. Latrines will be placed back to back to ensure stability from the winds.

(3) The Contractor must have the ability to relocate as many as forty (40) latrines within two (2) days of notification by the COR.

(4) Within two (2) days of notification, the Contractor must remove all portable latrines designated as no longer required by the COR.

c. Cleaning: The Contractor must empty and clean each latrine twice daily and must provide steam cleaning reconditioning services once a week. The Contractor must provide all materials, equipment, personnel, chemicals, and cleaning supplies to include using a disinfectant approved by the COR. The Contractor must provide a Material Safety Data Sheet to the COR for any chemicals used in this contract. The cleaning services will include the following:

(1) Twice daily. The Contractor must vacuum sewage from the basin. Debris such as cans, bottles, rags, sticks; etc. must be removed from the waste tank, collected and hauled away for proper disposal. No debris will be allowed to contaminate the outside area around the chemical latrine. The Contractor is responsible for cleanup of any spills. After all sewage and debris has been removed the Contractor wash the toilet seat, urinal, and adjacent area around the toilet seat with the approved cleaning solution

and remove all built up dirt and waste by scrubbing with a nylon hand brush. The contractor shall fill the empty basin with a mixture of two (2) cups disinfectant solution and ten (10) gallons fresh water. The contractor shall refill toilet paper dispensers. The contractor shall leave the area in and around the latrines in a sanitary state.

(2) Monthly. The Contractor shall hot water pressure wash each latrine. The hot water pressure washers have a minimum 1,500-psi with a variable adjustable nozzle, a temperature output of 190 to 200 degrees Fahrenheit, and are equipped with a high-pressure detergent injector. Pressure washing must have sufficient force in conjunction with adequate cleaning solutions to remove built up residues and scale and will include cleaning the inside wall; cleaning the holding tank to remove build up; cleaning the space between the tank, urinal and walls; removal or reduction of graffiti; removal of urinal build up; disinfecting toilet seat, urinal, and door handle and exterior cleaning.

(3) Waste Disposal. Service trucks must arrive empty of waste with water in the storage tank. Service trucks will have separate storage tanks for holding waste from serviced latrines and potable water for recharging units after cleaning. Each service truck will be equipped with a storage compartment for collecting debris removed from portable latrines during servicing. Hoses used to pump out the tanks and to deposit waste at the manhole will be leak free and pliable. The Contractor will dispose of waste and debris materials collected at an offsite location approved by the Kuwaiti Government for such disposal. If the Contractor is found in violation of this requirement, the contract will be terminated immediately.

d. Maintenance: The Contractor will provide maintenance and repair service to all portable latrines delivered and placed on the installation. The Contractor will repair the portable latrines as required, i.e., replace locks, hinges, etc. to maintain the serviceable condition of each unit. The Contractor will repair latrines within twenty-four (24) hours of notification. The Contractor will perform periodic maintenance on the latrine units as often as necessary to keep them water tight, fly and insect proof, neat and in a sanitary condition. If a latrine is found not to be repairable, it will be removed from service and replaced with a new latrine within forty-eight (48) hours of notification.

3. LIGHT SETS: This scope of work is to provide the lease of trailer mounted light sets with generator.

a. General Specification. Trailer mounted light set must meet or exceed the following:

(1) Diesel engine generator
(2) 6000 watt generator
(3) Safety shutdown.
(4) 25 gallon fuel tank
(5) 125 volt GFI duplex outlet
(6) 30 foot telescoping tower
(7) 4 each 1000 watt floodlights
(8) Towing package
(9) Programmable timer switch for automatic start and shutdown
(10) Magnum or Whacker brand names.
(11) Capable of withstanding 35 mph winds, when fully extended.

b. Submittals. The contractor shall provide a schedule maintenance plan at the beginning of the lease period to the contractor officer's representative (COR).

c. Maintenance.

(1) Contractor shall conduct all scheduled and un-scheduled maintenance for light sets.

(2) Contractor shall repair or replace all non-functional light sets within 12 hours of notification.

4. BULK WATER AGREEMENT: The contractor shall provide, approved Bulk water delivery services as requested by the Contracting Officer or his authorized representative. The government will specify location and period of performance of bulk water services to be provided. The contractor shall invoice only for actual quantity delivered. This is an existing contract with an option to expand water requirements. The contractor shall have a health certificate for each water tanker issued by the Kuwaiti Authorities. This certificate must be available for inspection. The government will verify delivery quantity by inspecting tanker load. The contractor shall deliver water at the direction of the Command Cell, as required to meet demand.

5. DUMPSTERS: The contractor shall provide 6-cubic meter trash containers to be distributed in an area of troop occupation. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall empty each container two times per day. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. The Government will state period of performance, number of, and location by BPA call.

a. Specific Tasks: The scope of work under this portion of the contract shall generally consist of, but not necessarily be limited to, the vendor supplying all cleaning equipment, haul assets, labor, dumpsters, and related items and devices for supplying trash dumpsters at various locations.

6. GENERATOR AND ELECTRICAL: The contractor shall provide leased generators as requested by the Contracting Officer or his authorized representative. The lease includes delivery, hook-up to the electrical grid or equipment, recovery, services, and scheduled and unscheduled maintenance. Any leased generator that becomes non-operative and cannot be repaired must be replaced within 10 hours.

a. Power Generation for Shower Trailers: A generator shall be dedicated for 2 each shower trailers. Each Government Furnished shower trailer shall be supplied with leased generators adequate to power / operate the lights; water pumps ECUs, water heaters and each electrical outlet. The generator for the showers must be 30 meters from the trailer. The shower trailers, electrical boxes and all fixtures are government furnished equipment (GFE).

b. For all generators: The generators must be capable of operating at least 24 hours before requiring refuel. The contractor shall propose the configuration of how the power shall be supplied and must be approved by a government representative. The contractor shall provide a sand bag barrier around the generator for noise control, at minimum height of the highest point of the generator; as well as a containment system beneath the generator to capture fuel leaks. The generator exhaust must point away from the shower trailer and the tent pads. The contractor shall repair or replace malfunctioning units within 10 hours of the maintenance call. The contractor shall provide any training requested regarding the operation of the generators.

9. GENERAL REQUIREMENTS:

a. Response Time and Maintenance Standards: The contractor must provide a fluent English speaking 24 hour point of contact for maintenance issues systems / services called for in this Scope of Work. The Contractor must begin work for maintenance calls from the Camp Command Cell within four hours of notification. The contractor shall provide preventive maintenance on each tent no less than monthly and as needed. All contractors must be able to pass through the Kuwaiti Military checkpoint without escort from camp personnel. Preventive maintenance shall include the tightening of ropes, ensuring the poles are straight, all electrical outlets lights and ECUs are functioning properly. Contractor shall repair rips and tears and seal any leaks in tents.

b. The vendor shall supply an individual capable of speaking fluent English as a single point of contact to support the daily operations associated with this contract. This individual will be available on camp six (6) days per week, Saturday thru Thursday, from 8 am to 5 pm and he or his designated English speaking representative shall be available by phone after duty hours to resolve problems.

c. The COR has the right to refuse any leased equipment that is determined unserviceable upon delivery. The condition of the equipment must not degrade during the term of the lease, or the contractor must replace it at no further cost to the government.

b. EQUIPMENT IDENTIFICATION. Contractor shall clearly mark all leased equipment as outlined below:

(1) Minimum 4 inch width by 6 inch length plate or sticker permanently affixed to the equipment.

(2) Clearly list contract number and award date, contractor name and phone number:

Example:
DABM06-03-A-0031 – 7 JANUARY 2005
JOE SUPPORT CONTRACTOR COMPANY
CONTRACTOR PHONE NUMBER: (965) 123-4567/7654

c. Government Furnished Equipment. The government shall provide fuel for operation of light sets and generators. The government may provide tents and buildings for tenants that the contractor shall provide power and services to these facilities as spelled out above. The government will provide no other equipment, supplies or materials to the contractor.

d. Contractor Furnished Equipment. The contractor shall provide all necessary equipment, tools, supplies and materials necessary for the performance of the contract with the exception of previously defined as government furnished equipment.

e. Extent of Obligation: The supplier shall understand that the U.S. Government is obligated only to the extent of authorized by this contract.

f. Delivery Tickets/Sales Slips: The contractor shall provide a delivery ticket or sales slip with each purchase that contains the following minimum information. The contractor will retain one showing proof of delivery (receiver's signature) to be submitted with the invoice. The delivery ticket must contain the following minimum information:

Name of contractor
CLIN # as shown on DD Form 1149
Date of purchase
Quantity, unit price and extension of each item
Date of delivery/service
A block containing the following: Printed name, grade, and telephone number of the Government Receiver.

g. Invoices: A summary invoice shall be submitted monthly for all deliveries made during a billing period, identifying the delivery tickets covered therein, stating their total dollar value or KD equivalent, and supported by receipt copies of delivery tickets or sales slips. The summary invoice shall be submitted to the ARCENT-KU Finance office located on Camp Doha, Kuwait (telephone 468-2051, fax 469-5219).

i. Government Receiver: Print legibly your name, grade, telephone number, and date services were received on the contractor's delivery ticket. Place your signature above your printed name. Retain a

copy for your records and forward the original to the Finance and Accounting located on Camp Doha, Kuwait.

k. Delivery Tickets/Sales Slips: The contractor shall provide a delivery Ticket or sales slip with each purchase that contains the following minimum information. The contractor must retain one showing proof of delivery (receiver's signature) to be submitted with the invoice. The delivery ticket must contain the following minimum information:

Name of contractor
CLIN Number as shown on DD Form 1149
Date of purchase
Itemized list of supplies/services furnished
Quantity, unit price and extension of each item
Date of delivery/service
A block containing the following: Printed name, grade, and telephone number of the Government Receiver.

l. Invoices: A summary invoice shall be submitted monthly for all deliveries made during a billing period, identifying the delivery tickets covered therein, stating their total dollar value or KD equivalent, and supported by receipt copies of delivery tickets or sales slips. The summary invoice shall be submitted to the ARCENT-KU Finance office located on Camp Doha, Kuwait (telephone 468-2051, fax 489-5219).

n. Government Receiver: Print legibly your name, grade, telephone number, and date services were received on the contractor's delivery ticket. Place your signature above your printed name. Retain a copy for your records and forward the original to the Finance and Accounting located on Camp Doha, Kuwait.

Section I - Contract Clauses

CLAUSES

BPA Master Dollar Limit: $10,000,000.00
BPA Call Limit: $7,000,000.00

Period of Performance: 1-OCT-2004 to 30-SEP-2006

FSC Codes:

| | | | | | | |
|---|---|---|---|---|---|---|
| 6210 | S114 | S205 | W059 | V002 | X244 | X299 |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-6 Alt I | Restrictions On Subcontractor Sales To The Government (Jul 1995) -- Alternate I | OCT 1995 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JAN 2004 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |
| 52.232-34 | Payment By Electronic Funds Transfer--Other Than Central Contractor Registration | MAY 1999 |
| 252.209-7001 | Disclosure of Ownership or Control by the Government of a Terrorist Country | MAR 1998 |
| 252.209-7002 | Disclosure Of Ownership Or Control By A Foreign Government | SEP 1994 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.211-7000 | Acquisition Streamlining | DEC 1991 |
| 252.212-7000 | Offeror Representations and Certifications- Commercial Items | NOV 1995 |
| 252.215-7000 | Pricing Adjustments | DEC 1991 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | APR 2003 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-4 CONTRACT TERMS AND CONDITIONS-- COMMERCIAL ITEMS (OCT 2003)

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes

payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement or any excusable delay, setting for the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice. (1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include--

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic
Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment.--

(1) Items accepted. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) Prompt payment. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(3) Electronic Funds Transfer (EFT). If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) Discount. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(5) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is

determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(t) Central Contractor Registration (CCR). (1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(2)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in FAR subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that

Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

(End of clause)

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JAN 2004) (DEVIATION)

(a) Comptroller General Examination of Record. The Contractor agrees to comply with the provisions of this paragraph (a) if the contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and dow not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times, the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(b) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (October 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (April 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (December 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (April 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(c) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://Farsite.hill.af.mil

(End of clause)

TERMS AND CONDITIONS

**BLANKET PURCHASE AGREEMENT**

**TERMS AND CONDITIONS**

1. DESCRIPTION OF AGREEMENT. The contractor shall provide chemical latrines in a location designated by the government representative. The contractor shall have the capability to rapidly move latrines (in bulk quantities to new locations with short notice to accommodate changes in locations as exercises and maneuvers progress. The contractor shall comply with all Kuwait laws concerning the proper dumping of sewage waste. The contractor shall clean and service the latrines daily, which includes using a contracting officer approved disinfectant to clean the toilet seat and vacuuming sewage and replacing chemicals. The contractor shall provide all cleaning supplies. The contractor shall provide all materials, personnel, supervision, chemicals, cleaning supplies, sewage trucks and trucks to move latrines when necessary. The government will designate quantity, location, and period of performance by individual order. Delivery shall be no later than 24 hours after receipt of the order. This Blanket Purchase Agreement (BPA) is in effect from 1 October 2004 to 30 September 2006.

2. EXTENT OF OBLIGATION. The contractor shall understand that the U.S. Government is obligated only to the extent of authorized purchases actually made under the BPA.

3. PRICING. The contractor shall agree that the prices to the U.S. Government shall be as low or lower than those charged to the contractor's most favored customer for comparable quantities, under similar terms and conditions, in addition to any discounts for prompt payment.

4. PURCHASE LIMITATIONS. An individual call under this agreement shall not exceed:

a. $0 When placed by an Ordering Officer
b. $7,000,000.00 When placed by a Contracting Officer

5. NOTICE OF INDIVIDUALS AUTHORIZED TO PURCHASE UNDER THE BPA AND DOLLAR LIMITATIONS. The Contracting Officer will designate by letter individuals authorized to purchase under the BPA within the designated limits. You are cautioned to accept orders under this Blanket Purchase Agreement only from these individuals.

6. DELIVERY TICKETS/SALES SLIPS. The contractor shall provide a delivery ticket or sales slip with each purchase that contains the following minimum information. The contractor will retain one showing proof of

delivery (receiver's signature) to be submitted with the invoice. The delivery ticket will contain the following minimum information:

Name of contractor
BPA Number W912D1 -04-A-0047
Date of purchase
Call Number
Itemized list of supplies/services furnished
Quantity, unit price and extension of each item
Date of delivery/service
A block containing the following: Printed name, grade, and telephone number of the Government Receiver.

7. INVOICES. A summary invoice shall be submitted monthly for all deliveries made during a billing period, identifying the delivery tickets covered therein, stating their total dollar value or KD equivalent, and supported by receipt copies of delivery tickets or sales slips. The summary invoice shall be submitted to the ARCENT-KU Finance office located on Camp Doha, Kuwait (telephone 468-2051, fax 469-5219).

8. GOVERNMENT RECEIPT OF SUPPLIES. The Contracting Officer or his authorized representative shall notify the contractor of the individuals(s) authorized to receive supplies at the time of the call. Individuals receiving supplies will not be authorized to receive additional items not previously authorized by the Contracting Officer or his representative.

9. GOVERNMENT RECEIVER: Print legibly your name, grade, telephone number, and date supplies/services were received and accepted on the contractor's delivery ticket. Place your signature above your printed name. Retain a copy for your records and forward the original with the monthly invoice to Finance and Accounting located on Camp Doha, Kuwait. A copy of all call orders placed will be given to the Contracting Officer within 2 days.

**INSTALLATION ACCESS**

PROHIBITED COUNTRIES:

Citizens of the following countries are prohibited access to U.S. Military facilities unless the Commander, ARCENT-KU, grants an exception. Letters of exception must be maintained in the recipient's personal file:

(a) Cambodia
(b) Commonwealth of Independent States (including Armenia, Azerbaijan, Belorussia, Kazhakstan, Kirghizia, Moldavia, Russia, Tadzhikistan, Turkestan, and Uzbekistan; the Kurile Islands; and South Sakhalin (Karafuto)).
(c) Cuba
(d) Iran
(e) Iraq
(f) Israel
(g) Libya
(h) North Korea (Communist Korea)
(i) People's Republic of China, including Tibet
(j) Syria
(k) Vietnam

Citizens of the following countries are restricted from access to U.S. Military facilities unless granted an exception to policy by the DIS. Letters of exception and approved Kuwaiti CID background investigations must be maintained in the recipient's personal file:

(a) Afghanistan

(b) Albania
(c) Angola
(d) Bulgaria
(e) Burma
(f) Estonia
(g) Ethiopia
(h) Georgia
(i) Laos
(j) Latvia
(k) Lebanon
(l) Lithuania
(m) Mongolian Peoples Republic (Outer Mongolia)
(n) Nicaragua
(o) Peru
(p) Romania
(q) South Africa
(r) Yemen

PRICE LIST

| | |
|---|---|
| 1. Fest Tent MWR 17m X 30m | = KWD |
| 2. Fest Tent Gym 17m X 30m | = KWD |
| 3. Fest Tent 9m X 32m | = KWD 999 ea/mo |
| 3. Fest Tent 7M X 12m | = KWD 399 ea/mo |
| 4. Latrines | = KWD 1.5 ea/day |
| 5. 6CM Dumpsters | = KWD 27.000 ea/mo |
| 6. 20 CM Dumpsters | = KWD 35 ea/per trip |
| 7. Bulk Water | = KWD .0027/gal |
| 8. 60KW Gen | = KWD 480 ea/mo |
| 9. 150KW Gen | = KWD 760 ea/mo |
| 10. 280KW Gen | = KWD 980 ea/mo |
| 11. Black & Grey Water | = KWD .005/gal |
| 12. Light Sets | = KWD 270 ea/mo |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-1 | Instructions to Offerors--Commercial Items | JAN 2004 |
| 52.212-3 Alt I | Offeror Representations and Certifications--Commercial Items (Jan 2004) Alternate I | APR 2002 |

EXHIBIT

"B"

# BPA CALL MODIFICATION

| BPA MASTER NUMBER | BPA CALL MOD NUMBER | DATE OF CALL MOD | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0047 | 000101 | 30-Sep-2004 | NET 30 |

| | |
|---|---|
| ISSUED BY CODE W912D1<br>U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT<br>HQ BLDG 216<br>CAMP ARIFJAN AE 09366 | PAYMENT WILL BE MADE BY CODE 805076<br>ARCENT-KU-FINANCE SUPPORT UNIT<br>ATTN: COMMERCIAL ACCOUNTS<br>FAX: 965-468-5210; PHONE 965-465-2051<br>APO AE 09366-9900 |
| CONTRACTOR CODE 5X183<br>GULF GROUP<br>SAUD ALTAWASH<br>PO BOX 22074<br>SAFAT 13081 | SHIP TO CODE<br>CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT |

| Line Item Summary | | Accounting and Appropriation Data |
|---|---|---|
| Total Cost | KWD406,288.80 | See Schedule |
| Total Funding | $1,447,457.22 | |

[signature]

TEL: 011-965-389-2335

EMAIL: gloria.davis@arifjan.arcent.army.mil

BY: Gloria O. Davis

CONTRACTING/ORDERING OFFICER

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | SN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|

Contract Level Funding - See Accounting Section

0001

| | | | | |
|---|---|---|---|---|
| 9X32 FEST TEMT PACKAGES | 234.00 | EA | KWD999.00 | KWD233,766.00 |

PR: W81PHC42560105

The contractor shall deliver, set up, and maintain 39 each 9m x 32m tent package in accordance with the Master BPA at the Camp Victory to be used as a troop housing. Price is calculated as follows:

39 tent packages x 999KD a month =38,961KD x 6months = 233,766
POC is CPT England @ 828-1322

The contractor shall coordinate the pick up of equipment with the POC 30 days prior to contract expiration. The contractor shall not be paid for services performed after the contract expiration unless given direction to continue by a Contracting Officer.

0002

| | | | | |
|---|---|---|---|---|
| LATRINES W/ DAILY | 28,440.00 | EA | KWD1.50 | KWD42,660.00 |

PR: W81PHC42560105

The purpose of this modification is to change the start POP from 15 NOV to 15 DEC. This BPA Call is for the lease and servicing of 158 latrines at Camp Buehring. All terms and conditions of the Master BPA shall apply.

Price is calculated as follows:
158 latrines X 1.5KD/day = 237KD/day X 180 days = 42,660KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for any services performed after the contract expiration date unless given direction from the Contracting Officer

0003

| | | | | |
|---|---|---|---|---|
| DUMPSTERS | 366.00 | EA | KWD27.00 | KWD9,882.00 |

PR. W81PHC42560105

This call is for the lease and servicing of 61 each 6 cubic meter dumpsters at Camp Buehring. The lease and servicing will be performed in accordance with the Master BPA. Price is calculated as follows:

61 dumpsters X 27KD/month = 1,647KD/month X 6 months = 9,882KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so

0004

| | | | | |
|---|---|---|---|---|
| BULK WATER | 28,800,000.00 | GA | KWD0.00 | KWD77,760.00 |

PR: W81PHC42560105

BULK WATER DELIVERED TO CAMP BUEHRING. THE CONTRACTING OFFICER REPRESENTATIVE IS CPT ENGLAND @ 828-1322. THE CONTRACTOR SHALL DELIVER 160,000 IMPERIAL GALLONS OF BULK WATER PER DAY FOR 180 DAYS. THE FORMULA IS .0027 FILS x 160,000 IMPERIAL GALLONS x 180 DAYS= KD 77,760KD

| | NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | ##### | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 0005 | | | | | 42.00 | EA | KWD480.00 | KWD20,160.00 |

GENERATORS FOR SHOWERS

PR: W81PHC42560103

The contractor shall deliver and service 7 each 60KW generators for Camp Buehring in accordance with the Master BPA.

7 generators X 480 KD/month = 3,360 KD/month X 6 months = 20,160 KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so

| | NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | ##### | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 0006 | | | | | 78.00 | EA | KWD270.00 | KWD21,060.00 |

LIGHT SETS, MAGNUM OR WACKER

PR: W81PHC42560103

The contractor shall deliver and service 13 light sets for Camp Buehring in accordance with the Master BPA.
13 light sets X 270 KD/month = 3,510 KD/month X 6 months = 10,060 KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so.

Total Cost: KWD403,236.00

Legend:
EA - Each GA - Gallon

## DELIVERY INFORMATION

| | | | |
|---|---|---|---|
| 0001 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 | UIC: |
| 0002 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 | UIC: |
| 0003 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 | UIC: |
| 0004 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 | UIC: |
| 0005 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 | UIC: |
| 0006 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 | UIC: |

**ACCOUNTING AND APPROPRIATION DATA**

AA: 2142020[illegible]P1361076000264000300007[illegible]21PHO42000[illegible]ZA[illegible]
AMOUNT: $1,447,457.27

# BPA CALL MODIFICATION

| BPA MASTER NUMBER | BPA CALL MOD NUMBER | DATE OF CALL MOD | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0047 | 000103 | 12-Oct-2004 | NET 30 |

| ISSUED BY CODE W912D1 | PAYMENT WILL BE MADE BY CODE 308076 |
|---|---|
| U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT<br>HQ BLDG 216<br>CAMP ARIFJAN AE 09366 | ARCENT-KU-FINANCE SUPPORT UNIT<br>ATTN: COMMERCIAL ACCOUNTS<br>FAX: 965-469-5219; PHONE 965-469-2051<br>APO AE 09366-9800 |

| CONTRACTOR CODE | SHIP TO CODE |
|---|---|
| GULF GROUP<br>SAUD AL-TAWASH<br>PO BOX 23074<br>SAFAT 13091 | See Line Items |

| Line Item Summary | | | Accounting and Appropriation Data |
|---|---|---|---|
| | Total Cost | KWD0.00 | See Schedule |
| | Total Funding | $1,447,457.22 | |

BY: Gloria D. Davis TEL: 011-965-389-2335
EMAIL: gloria.davis@arifjan.arcent.army.mil
CONTRACTING/ORDERING OFFICER

EXHIBIT C

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | SN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|

Contract Level Funding - See Accounting Section

| | | | | |
|---|---|---|---|---|
| 0001 Purpose of Cancellation | 0.00 | | KWD0.00 | KWD0.00 |

The purpose of this modification is to cancel the BPA Call with *Gulf Group*. Gulf Group has no issues with this cancellation and will accept it at no cost to the government.

| | | | | |
|---|---|---|---|---|
| 0002 LATRINES W/ DAILY | 0.00 | EA | KWD1.50 | KWD0.00 |

PR: W81PHC42560105

The purpose of this modification is to change the start POP from 15 NOV to 15 DEC. This BPA Call is for the lease and servicing of 158 latrines at Camp Buehring. All terms and conditions of the Master BPA shall apply.

Price is calculated as follows:
158 latrines X 1.5KD/day = 237KD/day X 180 days = 42,660KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for any services performed after the contract expiration date unless given direction from the Contracting Officer.

| | | | | |
|---|---|---|---|---|
| 0003 DUMPSTERS | 0.00 | EA | KWD27.00 | KWD0.00 |

PR: W81PHC42560105

This call is for the lease and servicing of 61 each 6 cubic meter dumpsters at Camp Buehring. The lease and servicing will be performed in accordance with the Master BPA. Price is calculated as follows:

61 dumpsters X 27KD/month = 1,647KD/month X 6 months = 9,882KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so.

| | | | | |
|---|---|---|---|---|
| 0004 BULK WATER | 0.00 | GA | KWD0.00 | KWD0.00 |

PR: W81PHC42560105

BULK WATER DELIVERED TO CAMP BUEHRING. THE CONTRACTOR SHALL BILL FOR ONLY THE QUANTITY DELIVERED. WATER WILL NOT BE REQUIRED UNLESS REQUESTED BY THE CONTRACTING OFFICER'S REPRESENTATIVETHE CONTRACTING OFFICER REPRESENTATIVE IS CPT ENGLAND @ 828-1322. THE CONTRACTOR SHALL DELIVER 160,000 IMPERIAL GALLONS OF BULK WATER PER DAY FOR 180 DAYS. THE FORMULA IS .0027 FILS x 160,000 IMPERIAL GALLONS x 180 DAYS= KD 77,760KD

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | SN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0005 GENERATORS FOR SHOWERS | | | | 0.00 | EA | KWD480.00 | KWD0.00 |

PR: W81PHC42560105

The contractor shall deliver and service 7 each 60KW generators for Camp Buehring in accordance with the Master BPA.

7 generators X 480 KD/month = 3,360 KD/month X 6 months = 20,160 KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0006 LIGHT SETS, MAGNUM OR WACKER | | | | 0.00 | EA | KWD270.00 | KWD0.00 |

PR: W81PHC42560105

The contractor shall deliver and service 13 light sets for Camp Buehring in accordance with the Master BPA.
13 light sets X 270 KD/month = 3,510 KD/month X 6 months = 10,060 KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0007 9X32 TEST TENT PACKAGES | | | | 0.00 | EA | KWD999.00 | KWD0.00 |

PR: W81PHC42560105

The contractor shall deliver, set up, and maintain 39 each 9m x 32m tent package in accordance with the Master BPA at the Camp Buehring to be used as a troop housing. Price is calculated as follows:

39 tent packages x 999KD a month =38,961KD x 6months = 233,766
POC is CPT England @ 828-1322

The contractor shall coordinate the pick up of equipment with the POC 30 days prior to contract expiration. The contractor shall not be paid for services performed after the contract expiration unless given direction to continue by a Contracting Officer.

Total Cost: KWD0.00

Legend:
EA - Each GA - Gallon

## ACCOUNTING AND APPROPRIATION DATA

AA 2142020000007620̸84P13519700002540000000W81PHC42560363Q2ZA583B09075
AMOUNT: $1,447,457.22

EXHIBIT
"D"

# CLAIM & SETTLEMENT OFFER
FOR

General Service Contract # W912D1-04-A-0047

Submitted to

US ARMY CONTRACTING COMMAND SWA-
KUWAIT

Prepared by

Gulf Group
General Enterprises Co. W.L.L.
Kuwait.

Received By
Major Cockerham
16 Dec 05
John Cockerham

**Gulf Group**
**GENERAL ENTERPRISES CO. W.L.L.**

4th Entrance, 2nd Floor
Salhiya Commercial Complex
P.O. Box 21683, Safat 13077, KUWAIT
Tel.: + [illegible]
Fax: + [illegible]

October 10, 2005

**Major John Cockerham**
**0-4 Contracting officer**
Camp Arifjan
Kuwait
Tel: 389-2349
Fax: 389 2333

**Reference: General Service Contract # W912D1-04-A-0047**

**<u>Subject: Claim and Settlement Offer</u>**

Dear Major Cockerham,

We hereby submitting our claim for the General Services contract with US Army Contracting Command SWA Kuwait (ARCENT) at Camp Buehring which has been cancelled by US Army on 13th October 2004. The contract was awarded on 30th September 2004 with the period of performance between October1, 2004 and September 30, 2005.

In furtherance of the contract we took immediate steps to order equipments and supplies, obtain workers, delivery and placements and all other necessary requirements to perform its obligations as per the scope of work.

In the mean while we received an order of cancellation of the contract stating that "Contract was cancelled for Convenience of the Government as there is no notice of default".

By the cancellation of the contract we have had an irreparable injury and loss. So we request your kind attention and approval for our claim and submitting this claim with following documents for reimbursement of both costs and profits.

The following documents are enclosed for your review and verification.

1) Form 1436 Settlement proposal
2) Claim and Settlement Offer
3) Appendix: 1. Contract
4) Appendix: 2. Cancellation Documents
5) Appendix: 3. Expense Table
6) Appendix: 4. Expense Documents
7) Appendix: 5. Pictures of dumpsters and vehicles.

If you have any queries, please call me at your convenient time and date. And we are ready to any explanations and details with respect to the claim.

Thanks and regards,

**Saud Al Tawash**
**General Manger**
Cell: +965 962-3434

Received by
Major Cockerham
16 Dec 05
John Cockerham

# CLAIM & SETTLEMENT OFFER FOR FIXED PRICE SERVICE CONTRACT #W912D1-04-A-0047

## INTRODUCTION

This is an offer for settlement under FAR Part 49 with regard to contract #W912D1-04-A-0047 which is between US Army Contracting Command SWA-Kuwait ("Arcent"), and Gulf Group General Enterprises Co. W.L.L., ("Gulf Enterprises") awarded September 30, 2004, with the period of performance being between October 1, 2004, and September 30, 2006. A copy of the contract is found in Appendix 1. This offer includes reimbursement of both costs and lost profits. Other considerations such as settlement expenses are still being determined, however, Gulf Enterprises is willing at this time to accept **$ 4,544,339.84** as full and final settlement.

Pursuant to Part 49.206-1(c) of the Federal Acquisition Regulations (FAR), the forms provided in Part 49.602 are determined to be inadequate for the settlement of this fixed price service contract. However, SF 1436 is completed to the extent possible for the benefit of Army record keeping.

## BACKGROUND

The contract subject matter relates to the providing and servicing necessities such as of tents, latrines, dumpsters, bulk water generators, and lighting at Camp Buehring.

In furtherance of the contract and its preceding negotiations Gulf Enterprises took immediate steps to order equipment and supplies, obtain workers, delivery and placement, and all other necessary requirements to perform its obligations. See Appendices 3 and 4 for specific documents. On October 13, 2004, Gulf Enterprises was ordered to stop its contractual compliance activities pursuant to documents included herein as Appendix 2, which cancellation apparently is regarded as a termination for the convenience of the government as there is no notice of default. (Documents in Appendix 2 are partial.) Rather, Gulf Enterprises was informed its services would be transferred to the larger camp, Virginia. This has not occurred as of this time. Gulf Enterprises had fully prepared to continue performance, not only for the entire contract period, but also potentially for anticipated extensions. Gulf Enterprises continues to hold a substantial inventory of related materials.

## OFFER OF SETTLEMENT

The FARs allow for reimbursement of costs and lost profits in cases where a contract is terminated for the convenience of the government. FAR Part 49.201(a) states that:

> "A settlement should compensate the contractor fairly for the work done and the preparations made for the terminated portions of the contract, including a reasonable allowance for profit. Fair compensation is a matter of judgment and cannot be measured exactly... The use of business judgment, as distinguished from strict accounting principles, is the heart of a settlement."

These requirements are upheld by the courts. Contract remedies are designed to make the non-breaching party whole. One way to achieve that end is to give the non-breaching party "expectancy damages," *i.e.*, the benefits the non-breaching party expected to receive in the absence of a breach. *Glendale Fed. Bank, FSB v. United States*, 239 F.3d 1374, 1379 (Fed. Cir. 2001), citing Restatement (Second) of Contracts § 344(a) (1981). "The general rule in common law breach of contract cases is to award damages sufficient to place the injured party in as good a position as he or she would have been had the breaching party fully performed." *San Carlos Irrigation & Drainage Dist. v. United States*, 111 F.3d 1557, 1562-63 (Fed. Cir. 1997). Moreover, the damages must have been foreseeable at the time the parties entered the contract, which requires that they "be the natural and proximate result of the breach." *Locke v. United States*, 283 F.2d 521, 526 (Ct. Cl. 1960). It is not the duty of courts to second-guess the terms of a bargained-for exchange. *Aero Spacelines v. United States*, 530 F.2d 324, 354 (Ct. Cl. 1976).

Here, Gulf Enterprises fully complied with its requirements and performed for the agreed period until Arcent determined its services were no longer necessary. As a consequence it should be allowed full profit. Gulf Enterprises should also be compensated fully for the costs incurred in furtherance of the contract. The contract costs, when added to the anticipated contract profit, total $10,000,000.00 the full contract price. "In negotiating or determining profit, factors to be considered include... the rate of profit that the contractor would have earned had the contract been completed; [and] The rate of profit both parties contemplated at the time the contract was negotiated." FAR Part 49.202(b)(7), (8).

CONCLUSION

FAR Part 49.201(b) states that "The primary objective is to negotiate a settlement by agreement. The parties may agree upon a total amount to be paid the contractor without agreeing on or segregating the particular elements of costs or profit comprising this amount."

For the forgoing reasons, Gulf Enterprises seeks $4,544,339.84.

CERTIFICATION

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Ferdinand F. Peters, MN Atty Lic. #157041
Lakes & Plains Office Building
842 Raymond Avenue, Suite 201
St. Paul, Minnesota 55114
(651) 647-6250
Attorney for Gulf Group
General Enterprises, W.L.L.

# SETTLEMENT PROPOSAL (TOTAL COST BASIS)

OMB No.: 9000-0012
Expires: 06/30/2004

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVA), Regulatory and Federal Assistance Publications Division, GSA, Washington, DC 20405.

## FOR USE BY A FIXED-PRICE PRIME CONTRACTOR OR FIXED-PRICE SUBCONTRACTOR

THIS PROPOSAL APPLIES TO *(Check one)*
[X] A PRIME CONTRACT WITH THE GOVERNMENT
[ ] SUBCONTRACT OR PURCHASE ORDER

SUBCONTRACT OR PURCHASE ORDER NO(S).

COMPANY: GULF GROUP GENERAL ENTERPRISES CO. W.L.L.

STREET ADDRESS: SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE

CITY AND STATE *(Include ZIP Code)*: SAFAT 13077

CONTRACTOR WHO SENT NOTICE OF TERMINATION

NAME

ADDRESS *(Include ZIP Code)*

NAME OF GOVERNMENT AGENCY: US ARMY CONTRACTING COMMAND SWA-KUWAIT

GOVERNMENT PRIME CONTRACT NO.: W912D1-04-A-0047

CONTRACTOR'S REFERENCE NO.

If moneys payable under the contract have been assigned, give the following:

NAME OF ASSIGNEE

ADDRESS *(Include ZIP Code)*

EFFECTIVE DATE OF TERMINATION: 12-Oct-2004

PROPOSAL NO.: 1

CHECK ONE: [X] INTERIM [ ] FINAL

SF 1439, SCHEDULE OF ACCOUNTING INFORMATION [ ] IS [X] IS NOT ATTACHED *(If not, explain below)*

ACCOUNTING INFORMATION IS PROVIDED IN ATTACHED DOCUMENTS.

### SECTION I - STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACT OR PURCHASE ORDER (a) | | FINISHED: PREVIOUSLY SHIPPED AND INVOICED (b) | FINISHED: ON HAND: PAYMENT TO BE RECEIVED THROUGH INVOICING (c) | FINISHED: ON HAND: PAYMENT NOT TO BE RECEIVED THROUGH INVOICING (d) | UNFINISHED OR NOT COMMENCED: SUBSEQUENTLY COMPLETED AND INVOICED* (e) | UNFINISHED OR NOT COMMENCED: NOT TO BE COMPLETED (f) | TOTAL COVERED BY CONTRACT OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| CONTRACT FOR | QUANTITY | | | | | | |
| | $ | | | | | | |
| GENERAL SERVICES. | QUANTITY | | | | | | |
| | $ | | | | | | |
| SEE ATTACHED. | QUANTITY | | | | | | |
| | $ | | | | | | |

### SECTION II - PROPOSED SETTLEMENT

| NO. | ITEM (a) | TOTAL PREVIOUSLY PROPOSED (b) (Use Columns (b) and (c) only where previous proposal has been filed) | INCREASE OR DECREASE BY THIS PROPOSAL (c) | TOTAL PROPOSED TO DATE (d) | FOR USE OF CONTRACTING AGENCY ONLY (e) |
|---|---|---|---|---|---|
| 1 | DIRECT MATERIAL | | | | |
| 2 | DIRECT LABOR | | | | |
| 3 | INDIRECT FACTORY EXPENSE *(from Schedule A)* | | | | |
| 4 | SPECIAL TOOLING AND SPECIAL TEST EQUIPMENT *(SF 1428)* | | | | |
| 5 | OTHER COSTS *(from Schedule B)* | | | | |
| 6 | GENERAL AND ADMINISTRATIVE EXPENSES *(from Schedule C)* | | | | |
| 7 | TOTAL COSTS *(Items 1 thru 6)* | | | | |
| 8 | PROFIT *(Explain in Schedule D)* | | | | |
| 9 | TOTAL *(Items 7 and 8)* | | | | |
| 10 | DEDUCT FINISHED PRODUCT INVOICED OR TO BE INVOICED* | | | | |
| 11 | TOTAL *(Item 9 less item 10)* | | | | |
| 12 | SETTLEMENT EXPENSES *(from Schedule E)* | | | | |
| 13 | TOTAL *(Items 11 and 12)* | | | | |
| 14 | SETTLEMENTS WITH SUBCONTRACTORS *(from Schedule F)* | | | | |
| 15 | GROSS PROPOSED SETTLEMENT *(Items 13 thru 14)* | | | | |
| 16 | DISPOSAL AND OTHER CREDITS *(from Schedule G)* | | | | |
| 17 | NET PROPOSED SETTLEMENT *(Item 15 less 16)* | | | | |
| 18 | ADVANCE, PROGRESS & PARTIAL PAYMENTS *(from Schedule H)* | | | 4,544339.84 | |
| 19 | NET PAYMENT REQUESTED *(Item 17 less 18)* | | | 4544339.84 | |

*Column (e), Section I, should only be used in the event of a partial termination, in which the total cost reported in Section II should be accumulated to date of completion of the continued portion of the contract and the deduction for finished product (Item 10, Section II) should be the contract price of finished product in Column (b), (c), and (e), Section I.

NOTE: File inventory schedule (SF 1428) for allocable inventories on hand at date of termination (See 49.206).

(When the space provided for any information is insufficient, continue on a separate sheet.)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 1436 (REV. 5/2004)
Prescribed by GSA FAR (48 CFR) 53.249(a)(3)

SCHEDULE A - INDIRECT FACTORY EXPENSE *(Item 3)*

| DETAIL OF EXPENSES | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: Individual items of small amounts may be grouped into a single entry in Schedules B, C, D, E, and G.

SCHEDULE B - OTHER COSTS *(Item 5)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| PROCUREMENT AND SERVICING -- | SEE ATTACHED | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE C - GENERAL AND ADMINISTRATIVE EXPENSES *(Item 6)*

| DETAIL OF EXPENSES | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE D - PROFIT *(Item 8)*

| EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

(Where the space provided for any information is insufficient, continue on a separate sheet.)

**SCHEDULE E - SETTLEMENT EXPENSES** *(Item 12)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| CURRENTLY BEING REVIEWED | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SCHEDULE F - SETTLEMENTS WITH IMMEDIATE SUBCONTRACTORS AND SUPPLIERS** *(Item 14)*

| NAME AND ADDRESS OF SUBCONTRACTOR | BRIEF DESCRIPTION OF PRODUCT CANCELED | AMOUNT OF SETTLEMENT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SCHEDULE G - DISPOSAL AND OTHER CREDITS** *(Item 16)*

| DESCRIPTION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(If practicable, show separately amount of disposal credits applicable to acceptable finished product included on SF 1428.)

(Where the space provided for any information is insufficient, continue on a separate sheet.)

**SCHEDULE H - ADVANCE, PROGRESS AND PARTIAL PAYMENTS** *(Item 19)*

| DATE | TYPE OF PAYMENT | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(Where the space provided for any information is insufficient, continue on a separate sheet.)

**CERTIFICATE**

This is to certify that the undersigned, individually, and as an authorized representative of the Contractor, has examined this termination settlement proposal and that, to the best knowledge and belief of the undersigned:

(a) AS TO THE CONTRACTOR'S OWN CHARGES. The proposed settlement (exclusive of charges set forth in Item 14) and supporting schedules and explanations have been prepared from the books of account and records of the Contractor in accordance with recognized commercial accounting practices; they include only those charges allocable to the terminated portion of this contract; they have been prepared with knowledge that they will, or may, be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

(b) AS TO THE SUBCONTRACTORS' CHARGES. (1) The Contractor has examined, or caused to be examined, to an extent it considered adequate in the circumstances, the termination settlement proposals of its immediate subcontractors (exclusive of proposals filed against these immediate subcontractors by their subcontractors); (2) The settlements on account of immediate subcontractors own charges are fair and reasonable, the charges are allocable to the terminated portion of this contract, and the settlements were negotiated in good faith and are not more favorable to its immediate subcontractors than those that the Contractor would make if reimbursement by the Government were not involved; (3) The Contractor has received from all its immediate subcontractors appropriate certificates with respect to their termination settlement proposals, which certificates are substantially in the form of this certificate; and (4) The Contractor has no information leading it to doubt (i) the reasonableness of the settlements with more remote subcontractors or (ii) that the charges for them are allocable to this contract. Upon receipt by the Contractor of amounts covering settlements with its immediate subcontractors, the Contractor will pay or credit them promptly with the amounts so received, to the extent that it has not previously done so. The term "subcontractors," as used above, includes suppliers.

NOTE: The Contractor shall, under conditions stated in FAR 15.403, be required to submit a Certificate of Current Cost or Pricing Data (see FAR 15.406-2 and 15.408 Table 15-2).

| NAME OF CONTRACTOR | BY *(Signature of authorized official)* | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L. | TITLE | DATE |
| NAME OF SUPERVISORY ACCOUNTING OFFICIAL | TITLE | |