IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL | ) | |
| ENTERPRISES CO. W.L.L. | ) | No. 06-835C |
| | ) | (Judge Smith) |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF THE TIME FOR RESPONDING TO THE COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for responding to the complaint in this case by 42 days, so that the response will be due on March 20, 2007. The current deadline for responding is February 6, 2006. This is our first request for an enlargement, and plaintiff does not oppose it.

The United States requests this enlargement to accommodate the schedule of the trial attorney assigned to this case. Mr. Edmunds has several approaching deadlines in this Court and the Federal Circuit, including briefing deadlines in this Court on January 31, 2007, February 15, 2007, responses to discovery requests in cases in this Court due on February 20, 2007 and February 25, 2007, settlement negotiations in two cases in this Court, briefing in the Federal Circuit due on February 13, 2007 and February 27, 2007, and an oral argument in the Federal Circuit on March 8, 2007. In addition, Mr. Edmunds will likely be assigned to handle an expedited bid protest case in this Court between February 19, 2007 and March 2, 2007. Enlarging the time to respond to this complaint is therefore appropriate.

Additionally, an enlargement is appropriate to enable the Department of the Army to prepare a litigation report. The Army has informed us that it needs additional time to prepare the report, which is necessary in order to enable the Department of Justice to defend this action.

Finally, an enlargement is also warranted because this is one of four cases filed or expected to be filed in this Court by the same plaintiff. The United States needs additional time to consider the merits of all claims that have been or will be brought against it. Plaintiff has filed three cases (docket numbers 06-835, 06-853, 06-858) and has informed the United States that it expects to file a fourth case within two weeks. The United States requests an enlargement to consider a coordinated response to these cases.

For the foregoing reasons, we respectfully request that the Court enlarge the time for filing the United States' response to the complaint to March 20, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

February 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 1, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF THE TIME FOR RESPONDING TO THE COMPLAINT" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds