# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | * | |
| *Plaintiff,* | * | No. 06-835C |
| v. | * | Filed: March 21, 2007 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

## ORDER

The Court hereby **GRANTS** Defendant's Unopposed Motion for Stay pursuant to 41 U.S.C § 605(c)(5). The case is hereby stayed for 60 days.

The Court further **ORDERS** the contracting officer to issue a final decision within 60 days from the date of this Order. The Government is **DIRECTED** to promptly forward this Order to the contracting officer. Within 30 days of the contracting officer issuing his final decision, the parties are **DIRECTED** to submit to the Court a joint status report proposing a schedule for further proceedings.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge