# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., *Plaintiff,* | | No. 06-835C |
| v. | | Filed: June 21, 2007 |
| THE UNITED STATES, *Defendant.* | | Senior Judge Smith |

## ORDER

The Court hereby **LIFTS** the stay in this matter pursuant to the Joint Status Report filed on June 20, 2007. Plaintiff's amended complaint shall be filed and served on or before June 29, 2007. The Government shall file its answer to the amended complaint, counterclaim, if any, or motion to dismiss on or before July 19, 2007.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge