**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.: 06-835C**<br>**(Judge Smith)** |

**AMENDED COMPLAINT**

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and pursuant to this Court's order of June 21, 2007 (Rec. Doc. # 11) and in accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims ("RCFC") submits its Amended Complaint against The United States of America (hereinafter "the Government"), and in that respect avers as follows:

**1.**

At all pertinent times Plaintiff, Gulf Group, is a Kuwait corporation with its principal place of business in Kuwait City, Kuwait.

**2.**

At all pertinent times Defendant, the United States of America, was acting through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT).

**3.**

Jurisdiction over this case is based on the Contract Dispute Act of 1978, 41 U.S.C. §601 *et seq.*, and the Tucker Act, 28 U.S.C. §1491 for claims against the United States.

**4.**

This is a contract action based upon the Contracting Officer's denial in part of Gulf Group's Certified Claim for damages that were caused by the Government's cancellation of Gulf Group's General Service Contract, and which claim was initially submitted to the then Contracting Officer Major John Cockerham on October 10, 2005, and re-submitted on March 26, 2007 for a final decision as required under 41 U.S.C. §§605.

**5.**

On September 30, 2004, the Government through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) awarded to Gulf Group a General Service Contract No. W912D1-04-A-0047 (attached hereto as **Exhibit "A"**), for the procurement and supply to Camp Buehring in Kuwait of various products and services as described in the contract consisting of tents, portable latrines, light sets, bulk water, dumpsters, electrical generators, and certain specified services in connection with the supply, set up, positioning, servicing and maintenance of some of those products, with a total period of performance of 2 years from October 1, 2004 through September 30, 2006 (hereinafter "the Master BPA.") This Master BPA had a BPA Master Dollar Limit of $10,000,000 and a BPA Call Limit of $7,000,000.

**6.**

On that same day, September 30, 2004, the Government issued a BPA Call No. 0001 and BPA Call Modifications No. 000101 and 000102 under the Master BPA, and required that Gulf Group supply the equipment and services described in the Attached **Exhibit "B"**, for the first 6 months of the contract from December 15, 2004 through June 15, 2005, at the fixed prices set therein

for each such items totaling Kuwait Dinars (KWD) 405,288 equivalent to U.S. Dollars $1,447,457.22 calculated at the exchange rate of 1 KWD @ $3.57142876176.

**7.**

Upon award of the Master BPA and the issuance of the BPA Call 0001, as modified by BPA Call Modification 000101 and BPA Call Modification 000102, in reliance of the Government's assurances under the contract, and in order to ensure an expeditious and effective performance of its contractual obligations, Gulf Group immediately took steps to acquire the necessary equipment, materials, supplies, and personnel needed for Gulf Group to procure their delivery and placement and therefore to comply with its contractual obligations. Specifically, Gulf Group purchased 61 dumpsters each with a capacity of 6 cubic meters which were specially manufactured to meet the Government's requirement, 2 vacuum tankers, 13 Magnum tower lights, 39 (9x32) fest tents packages, 1 (7x12) fest tent package, 7 (60 kw) diesel generators, 158 portable latrines, and 1 portable water tanker, all at the cost of KWD 345,717.00 or its equivalent in United States Dollars of $1,234,703.64 calculated at the same exchange rate used by the Government of 1 KWD @ $3.57142876176.

**8.**

Gulf Group was fully prepared to perform under the Master BPA, and was ready to continue to fully perform for the complete duration of the Master BPA and any BPA Call that was issued under it, including any potential future BPA Calls and other extensions of the Master BPA.

**9.**

On or about October 12, 2004, after Gulf Group had commenced preparations to perform its

contractual duties and had incurred substantial preparatory costs to perform under the Master BPA, the U.S. Army Contracting Command SWA-Kuwait (ARCENT) Contracting Officer, Gloria D. Davis, issued BPA Call Modification Number 000103 (attached hereto as **Exhibit "C"**) and cancelled the Contract without warning or just reason.

**10.**

The Government, by virtue of its arbitrary decision to cancel the contract without just cause, diverted business away from Gulf Group and thereby caused Gulf Group substantial damages for which the Government is required to compensate Gulf Group fully and to put Gulf Group in as good a position as it would have been had the Government not cancelled the contract, including the fair compensation for the profits Gulf Group anticipated to generate under the Master BPA and BPA Call that was actually issued and upon which Gulf Group fully relied, as well as for the preparatory expenses incurred in furtherance of the contract and in the preparation and presentation of the claims submitted to the Contracting Officers including legal fees and interest.

**11.**

As a result of the Government's cancellation of the contract, Gulf Group incurred damages in the form of lost profits of $1,447,457.22, preparatory expenses of approximately $1,234,703.64 less any saved expenses to be credited to the Government as shown at the time of trial, in addition to legal fees and costs incurred towards the preparation and presentation of a termination settlement and the claims that were presented to the Contracting Officers on October 10, 2005 and March 26, 2007, plus interest, the specific sum of which will be proven at the time of trial, and for which Gulf Group is entitled to be compensated by the Government.

**12.**

On May 21, 2007 the Contracting Officer Joe L. Libbey of the U.S. Army Contracting Agency for Southwest Asia - Kuwait. issued a final decision in which it granted in part and denied in part Gulf Group's claim for damages, awarding compensation in the amount of $33,053.57 plus interest. Gulf Group stipulates and accepts the portion of the damages awarded by the Contracting Officer plus interest, but seeks additional compensation be awarded by this Court for its damages that were denied all as it will be shown at the time of trial.

**WHEREFORE**, Plaintiff prays that:

I. Judgment be entered in favor of the Plaintiff, Gulf Group General Enterprises Co. W.L.L. and against The United States, for lost profits, preparatory expenses legal fees, costs and interest as claimed herein and in an amount to be proven at the time of the trial; and

III. Plaintiff be awarded such other relief as it may be entitled to receive under the law.

Dated: June 29, 2007

Respectfully submitted,

s/Iliaura Hands
ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS