# BPA CALL MODIFICATION

| BPA MASTER NUMBER | BPA CALL MOD NUMBER | DATE OF CALL MOD | DISCOUNT TERMS |
|---|---|---|---|
| W912D1-04-A-0047 | 000101 | 30-Sep-2004 | NET 30 |

**ISSUED BY** CODE W912D1
U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BLDG 216
CAMP ARIFJAN AE 09366

**PAYMENT WILL BE MADE BY** CODE S09076
ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
FAX: 965-468-5219; PHONE 965-468-2051
APO AE 09889-9900

**CONTRACTOR** CODE 5X183
GULF GROUP
SAUD AL-TAWASH
PO BOX 23074
SAFAT 13091

**SHIP TO** CODE
CAMP BUEHRING
CPT ENGLAND
CAMP BEUHRING, KUWAIT
KUWAIT

| Line Item Summary | | Accounting and Appropriation Data |
|---|---|---|
| Total Cost | KWD405,288.00 | |
| Total Funding | $1,447,457.22 | See Schedule |

Gloria D. Davis

BY: Gloria D. Davis

TEL: 011-965-389-2335
EMAIL: gloria.davis@arifjan.arcent.army.mil

CONTRACTING/ORDERING OFFICER

EXHIBIT
B

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price |
|---|---|---|---|---|---|---|

Contract Level Funding - See Accounting Section

0001 234.00 EA KWD999.00

9X32 FEST TEMT PACKAGES

PR: W81PHC42560105

The contractor shall deliver, set up, and maintain 39 each 9m x 32m tent package in accordance with the Master BPA at the Camp Victory to be used as a troop housing. Price is calculated as follows:

39 tent packages x 999KD a month =38,961KD x 6months = 233,766
POC is CPT England @ 828-1322

The contractor shall coordinate the pick up of equipment with the POC 30 days prior to contract expiration. The contractor shall not be paid for services performed after the contract expiration unless given direction to continue by a Contracting Officer.

0002 28,440.00 EA KWD1.50

LATRINES W/ DAILY

PR: W81PHC42560105

The purpose of this modification is to change the start POP from 15 NOV to 15 DEC. This BPA Call is for the lease and servicing of 158 latrines at Camp Buehring. All terms and conditions of the Master BPA shall apply.

Price is calculated as follows:
158 latrines X 1.5KD/day = 237KD/day X 180 days = 42,660KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for any services performed after the contract expiration date unless given direction from the Contracting Officer.

0003 366.00 EA KWD27.00

DUMPSTERS

PR: W81PHC42560105

This call is for the lease and servicing of 61 each 6 cubic meter dumpsters at Camp Buehring. The lease and servicing will be performed in accordance with the Master BPA. Price is calculated as follows:

61 dumpsters X 27KD/month = 1,647KD/month X 6 months = 9,882KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so.

0004 28,800,000.00 GA KWD0.00 K

BULK WATER

PR: W81PHC42560105

BULK WATER DELIVERED TO CAMP BUEHRING. THE CONTRACTING OFFICER REPRESENTATIVE IS CPT ENGLAND @ 828-1322. THE CONTRACTOR SHALL DELIVER 160,000 IMPERIAL GALLONS OF BULK WATER PER DAY FOR 180 DAYS THE FORMULA IS .0027 FILS x 160,000 IMPERIAL GALLONS x 180 DAYS= KD 77,760KD

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0005 | | | | 42.00 | EA | KWD480.00 | KWD20,160.00 |

GENERATORS FOR SHOWERS

PR: W81PHC42560105

The contractor shall deliver and service 7 each 60KW generators for Camp Buehring in accordance with the Master BPA.

7 generators X 480 KD/month = 3,360 KD/month X 6 months = 20,160 KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so.

| NSN | Var. in Qty. (+) % | Var. in Qty. (-) % | BN/SS | Quantity | Unit of Issue | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0006 | | | | 78.00 | EA | KWD270.00 | KWD21,060.00 |

LIGHT SETS, MAGNUM OR WACKER

PR: W81PHC42560105

The contractor shall deliver and service 13 light sets for Camp Buehring in accordance with the Master BPA.
13 light sets X 270 KD/month = 3,510 KD/month X 6 months = 10,060 KD

POC is CPT England @ 828-1322

The contractor shall contact the POC 30 days prior to contract expiration to arrange for pick up of equipment. The contractor shall not be paid for services beyond the contract expiration date unless given direction from a Contracting Officer to do so.

Total Cost: KWD405,288.00

Legend:
EA - Each GA - Gallon

## DELIVERY INFORMATION

| | | |
|---|---|---|
| 0001 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 |
| 0002 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 |
| 0003 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 |
| 0004 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 |
| 0005 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 |
| 0006 | Period of Performance 15 DEC 2004 to 15 JUN 2005 at: | CAMP BUEHRING<br>CPT ENGLAND<br>CAMP BEUHRING, KUWAIT<br>KUWAIT<br>TEL: 962-7804 |

**ACCOUNTING AND APPROPRIATION DATA**

AA 2142020000000752D84P135197000025400090000W81PHC42560383Q2ZA583308076

AMOUNT: -$1,447,457.22