# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * *** | | |
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L. | * * * | |
| *Plaintiff,* | * | No. 06-835C |
| v. | * | |
| | * | Filed: September 12, 2007 |
| THE UNITED STATES, | * * | |
| *Defendant.* | * * | Senior Judge Smith |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time. The Joint Preliminary Status Report shall be filed on or before October 9, 2007. If additional time is needed, the parties shall file a motion at that time.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge