IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-835C (Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF LARRY SCOTT MORELAND

Pursuant to the authority of 28 U.S.C. § 1746, I make the following declaration:

1. I am a Special Agent employed by the Army Criminal Investigations Command ("CID"). The jurisdiction of the CID includes criminal matters related to the U.S. Army.

2. As part of my official duties, I am currently involved in a criminal investigation of the activities of Majors Gloria Davis and John Cockerham. Major Davis committed suicide. Major Cockerham was arrested on July 22, 2007 and subsequently indicted on August 22, 2007 on charges relating to accepting bribes from Government contractors while he was employed as a contracting officer stationed in Kuwait.

3. Many of these bribes are believed to have been paid to Major Cockerham by Government contractors in order to obtain favorable contracts with the Army.

4. Major Cockerham acted as a contracting officer for numerous Government contracts including Contract No. WD912D1-04-A-0047.

5. The criminal investigation is focused on whether Government contractors paid bribes to Major Cockerham. Gulf Group is being investigated, along with all other contractors where Major Cockerham acted as the contracting officer. This investigation includes the contract in this case.

6. It is expected that a decision will be made by the end of 2007 whether to pursue criminal charges against Gulf Group.

7. I declare under the penalty of perjury that the foregoing is true and correct.

Larry Scott Moreland

19 oct 07

Date