# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., *Plaintiff*, | * | No. 06-835C |
| v. | * | Filed: October 24, 2007 |
| THE UNITED STATES, *Defendant.* | * | Senior Judge Smith |

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Stay. The stay shall be lifted on January 15, 2008. The Government shall file a status report at that time.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge