IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-835C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT AND
MOTION FOR ENLARGEMENT OF THE STAY

Pursuant to the Court's order of October 24, 2007 defendant files this status report and also respectfully moves for an enlargement of the stay in this case. We have spoken to counsel for the plaintiff, who has informed us that plaintiff does not oppose this enlargement of the stay

On October 24, 2007, the Court granted defendant's motion to suspend proceedings pending the outcome of a criminal investigation of plaintiff Gulf Group General Enterprises Co. W.L.L. ("Gulf Group"). Currently, the investigation continues. We have been informed by the Criminal Division that it will continue through April. In addition, the criminal trial of Major Cockerham, one of the contracting officers in this case, is currently scheduled to commence on April 21, 2008. As a result, the Government expects that a decision as to whether to proceed with criminal charges against Gulf Group will not be made until the end of April 2008. We therefore respectfully request that these proceedings remain stayed until April 30, 2008, on which date we would file a status report

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 305-7644

January 18, 2008 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT AND MOTION FOR ENLARGEMENT OF THE STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian T. Edmunds