# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * ***
GULF GROUP GENERAL ENTERPRISES CO. W.L.L., *
*
*Plaintiff*, * No. 06-835C
v. *
* Filed: January 18, 2008
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Stay. The stay shall be lifted on April 30, 2008. The Government shall file a status report at that time. Defendant should note that the case is assigned to Judge Smith.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge