IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | ) | |
| v. | ) | No. 06-835C (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of January 18, 2008, defendant files this status report. On January 18, 2008, the Court granted the defendant's motion to suspend proceedings pending the outcome of a criminal investigation of plaintiff Gulf Group General Enterprises Co. W.L.L. ("Gulf Group").

Representatives of Gulf Group met with the prosecutors in January 2008. Major Cockerham's criminal trial was scheduled to commence on April 21, 2008; however, the trial was delayed by mutual consent of the parties and a new trial date has not yet been set. In addition, Major Cockerham's sister and a co-defendant in the criminal proceedings, Carolyn Blake's trial was recently rescheduled and set for trial on October 27, 2008. Currently, Gulf Group remains a subject of the grand jury investigation and a decision as to whether to proceed with criminal charges against Gulf Group will likely not be made until after the completion of Major Cockerham's criminal trial. The

investigation includes numerous contractors, not just Gulf Group, and there is no firm date when the investigation is scheduled to be completed. However, the Government's best estimate is that the investigation will be completed by the end of 2008. As a result, the defendant requests that these proceedings remain stayed until January 7, 2009 and defendant suggests that it be required to file a further status report on or before January 7, 2009.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

April 30, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2008, a copy of the foregoing “DEFENDANT’S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler