IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-835C (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSITION TO STAY

On January 18, 2008, the Court granted the defendant's motion to suspend proceedings pending the outcome of a criminal investigation of plaintiff Gulf Group General Enterprises Co. W.L.L. ("Gulf Group"). Pursuant to the Court's order dated January 18, 2008, on April 30, 2008, we filed a status report requesting that the stay in this case continue until January 7, 2009, pending the outcome of a criminal investigation. On May 19, 2008, Gulf Group filed an opposition to our request to extend the stay in this matter. We respectfully submit this response to Gulf Group's opposition.

Representatives of Gulf Group met with the prosecutors in January 2008. Carolyn Blake, a Cockerham co-defendant whose alleged criminal conduct took place while she was living in Kuwait and working for a Gulf Group company, is scheduled to stand trial on October 27, 2008. Major Cockerham's criminal trial was scheduled to commence on April 21, 2008; however, the

trial was delayed by mutual consent of the parties and a new trial date had not been set. Currently, Gulf Group remains a subject of the grand jury investigation and a decision as to whether to proceed with criminal charges against Gulf Group will likely not be made until after the completion of Major Cockerham's criminal trial.

Nothing has changed since the Court granted our motion to stay this matter pending the completion of the criminal investigation. The investigation is continuing and due to the scope and complexity of the investigation, it has not been completed.

Gulf Group contends that the Government has not submitted any evidence that Gulf Group is a subject of the investigation, but Gulf Group's own counsel submitted a declaration stating that Gulf Group was a "subject of their interest." Hand Affidavit, ¶ 3. "A 'subject' of an investigation is a person whose <u>conduct</u> is within the scope of the grand jury's investigation." U.S. Attorneys' Manual, 9-11.151 (emphasis added).[1] Gulf Group acknowledges that it is a subject of the investigation, but

---

[1] A "target" is someone "whom the prosecutor or the grand jury has substantial evidence linking him or her to the commission of a crime and who, in the judgment of the prosecutor, is a putative defendant." U.S. Attorneys' Manual, 9-11.151.

attempts to argue, incorrectly, that this means that Gulf Group's conduct is not under investigation, but that Gulf Group "may have information pertinent to the investigation." Plaintiff's Opposition ("Pl. Opp.") at 4. The Gulf Group's semantic argument that its conduct is not being investigated, does not change the fact that their conduct falls within the purview of an ongoing criminal investigation. U.S. Attorneys' Manual, 9-11.151 ("A 'subject' of an investigation is a person whose conduct is within the scope of the grand jury's investigation."). As a result, the stay should be continued until the criminal investigation into Gulf Group's conduct is completed and the grand jury determines whether Gulf Group will be criminally charged.

Gulf Group also contends that the stay should not be continued until after Major Cockerham's criminal trial because currently there is no date set for his trial. Pl. Opp. at 3. However, as stated above, Major Cockerham's criminal trial has recently been rescheduled for September 9, 2008. As a result, the Government requests that this case be stayed until the end of the year to allow the criminal investigation to be completed and to allow the Government to determine if criminal charges will be brought against Gulf Group prior to proceeding with discovery in this matter.

Finally, Gulf Group contends that the fact that other contractors are also included in the investigation is not a reason to stay this case brought by Gulf Group. Pl. Opp. at 4. Gulf Group misunderstands the reason we stated that the investigation included multiple contractors. The stay should be continued not because other contracts are also under investigation, but because Gulf Group’s conduct is a subject of the investigation. We stated in our previous status report that other contractors are included in that investigation simply to make the Court aware of the scope of the investigation and to explain why the investigation is continuing and will not be completed until the end of the year. As we stated in our status report, because the investigation includes numerous contractors, and not just Gulf Group, there is no firm date when the investigation is scheduled to be completed. However, our best estimate is that the investigation will be completed by the end of 2008. As a result, we respectfully request that these proceedings remain stayed until January 7, 2009 and suggest that we be required to file a further status report on or before January 7, 2009.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

June 14, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2008, a copy of the foregoing “DEFENDANT’S RESPONSE TO PLAINTIFF’S OPPOSITION TO STAY” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler