**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.: 06-835C**<br>**(Judge Smith)** |

**REPLY TO DEFENDANT'S CORRECTED RESPONSE TO PLAINTIFF'S OPPOSITION TO STAY**

MAY IT PLEASE THE COURT:

In reply to the Government's response to our opposition to stay further this case (Rec. Doc.#26) plaintiff's wishes to clarify certain misrepresentations contained in that document as follows:

First, the Government makes much of the fact that the trial of Carolyn Blake, a Cockerham co-defendant, is scheduled to take place on October 27, 2008. Carolyn Blake however had no involvement whatsoever with the contract that is at issue here, and contrary to the Government's representations, she *did not* work for a Gulf Group company. Gulf Group has no affiliated companies. Gulf Group does not own stock in any other company, it is a single entity, and Mrs. Blake has never worked for Gulf Group. Carolyn Blake was an employee of Gulf Telecom, a telecommunications company which had no involvement with Maj. Cockerham or any of the matters that are at issue here or the subject of the Cockerham and Blake indictments. Only one thing tides Gulf Telecom to Gulf Group, and that is the fact that both companies are owned by the Al-Tawash family which also owns other companies involved in a wide array of other business ventures, none

of which had any involvement with the matters of the indictment. Aside from that happenstance there is no connection whatsoever between Carolyn Blake and Gulf Group, and none of the criminal acts of which Mrs. Blake or Maj. Cockerham are accused involved Gulf Group. As previously informed, it was precisely Maj. Cockerham who cancelled this contract for government convenience (as well as two others that were awarded to Gulf Group for the supply of latrines and dumpsters at Camp Arifjan), and the reason why Gulf Group is now suing the Government. If Gulf Group had any involvement in the wrongdoings of which Maj. Cockerham or his sister are accused, Gulf Group's contract would have not been cancelled, and at the very least when the claim was initially presented to Maj. Cockerham as the contracting officer, it would have been resolved. However, the fact is that the claim was never even addressed until Your Honor issued an Order on March 21, 2007 directing the contracting officer (a different one from Cockerham) to issue a final decision (Rec. Doc. # 9). Therefore, the Government's statement that Mrs. Blake worked for a Gulf Group company is wrong and misleading. Also, it is irrelevant that Mrs. Blake's trial is set for October when Gulf Group had no relationship with her or her alleged criminal acts. Maj. Cockerham is the only one with whom Gulf Group dealt in the context of this matter, and his trial has not been scheduled so that it will be a travesty of justice if this matter were to be stayed for an indefinite time.

Second, with respect to our objection to the Government's lack of support in the form of a sworn statement from a criminal investigator or anyone affirming that Gulf Group is indeed being investigated, the Government argues that Gulf Group's own counsel, Ms. Hands, has stated that Gulf Group is the subject of the investigation. The Government's reference to Ms. Hands' affidavit as if she has admitted to that there is an ongoing investigation of Gulf Group is misplaced. In her

affidavit Ms. Hands simply conveyed what Mr. Pletcher informed, that Gulf Group was *not* a target of the investigation,[1] and that the Government's interest in Gulf Group was merely because it may have information pertinent to the grand jury investigation. Irrespective of the semantics used by either party, the fact that Gulf Group may have information pertinent to a grand jury investigation does not automatically mean that its conduct is the subject of the grand jury or of any criminal investigation. Significantly, what is telling here is the fact that even with its most recent filing the Government still has not submitted any sworn statements from anyone willing to state under oath that Gulf Group is either a target of the grand jury investigation, a true subject of that investigation as the Government's attorney now argues, or that criminal charges will be filed against it. That omission we submit speaks volumes. As it is, all that we know is that Gulf Group is not the target of the grand jury, and that it may be called as a witness because it may have information pertinent to the investigation, but there is no credible evidence that the Government intends to charge Gulf Group or its representatives criminally, and no indictments have been issued against Gulf Group or any of its representatives.

In any event, because all that is involved is an alleged criminal investigation, in the discretion of this Honorable Court the stay should be lifted because "[c]ourt[s] generally decline to stay civil proceedings when a related criminal matter is still in the investigatory stage." *E.g., S.E.C. v. Treadway,* 2005 WL 713826, at *3 (S.D.N.Y. March 30, 2005). See also *Sterling Nat. Bank v. A-1 Hotels Intern., Inc.*, 175 F.Supp.2d 573, 576 (S.D.N.Y.,2001) (Stay of civil action while criminal litigation is being conducted is not constitutionally required whenever a litigant finds himself facing

[1] The Government has not denied that fact.

the dilemmas inherent in pursuing civil litigation while being the subject of a related criminal investigation). The Government has not made the required showing that proceeding with this matter will prejudice any criminal action against Gulf Group or anyone else, and for that reason the stay should be lifted.

Finally, because it is unknown at this juncture if and when Maj. Cockerham will ever go to trial, or even if he will be tried in October when his sister is expected to go to trial, and it is also unknown at this juncture whether the Government will ever file criminal charges or an indictment against Gulf Group, – an event that may never happen– it is extremely unreasonable to put this matter on hold based on such an indefinite and uncertain situation, and the case should move forward to the discovery stage. Gulf Group is entitled to have its civil suit proceed expeditiously, and further delaying this matter will substantially prejudice Gulf Group because a long time has already passed since the contract was cancelled in October of 2004, and the evidence and events involving that cancellation may be forever lost or forgotten as the memory of the relevant witnesses tend to fail with the prolonged passage of time.

**CONCLUSION**

For the above stated reasons the request for a further stay until January 7, 2009 shall be denied. The Government has submitted no evidence whatsoever to support the additional stay and unnecessarily prolonging the resolution of this claim, all of which will substantially prejudice Gulf Group who is but an innocent victim here.

Dated: June 17, 2008

Respectfully submitted,

s / Iliaura Hands
ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com
*Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS