# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * ***
GULF GROUP GENERAL *
ENTERPRISES CO. W.L.L., *
*
*Plaintiff,* *
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-835C

Filed: July 9, 2008

Senior Judge Smith

**ORDER**

The Court hereby **SCHEDULES** a telephone hearing on the Motion to Continue Stay and Opposition thereto for Monday, July 14, 2008 at 3:30 p.m. EDT. The **STAY** shall remain in place until this time.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge