# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., *Plaintiff,* | | No. 06-835C |
| v. | | Filed: July 16, 2008 |
| THE UNITED STATES, *Defendant.* | | Senior Judge Smith |

**ORDER**

The Court hereby continues the **STAY** in this matter until September 4, 2008 at which time the stay shall be lifted unless Defendant files a Motion to Continue the Stay stating the particular need as to why the stay should be continued together with supporting, direct information. If Defendant files such Motion, it shall be heard on Thursday, September 4, 2008 at 3:30 pm by telephone. Defendant shall have an Assistant U.S. Attorney that is involved and fully knowledgeable about this investigation present.

In the event Defendant does not file a Motion to Continue the Stay, the Joint Preliminary Status Report shall be filed on or before October 10, 2008.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge