# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *
GULF GROUP GENERAL *
ENTERPRISES CO. W.L.L. *
*
*Plaintiff,* * Case Nos. 06-835C and 06-858C
v. *
* Filed: August 26, 2008
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and with the concurrence of Judge Marian Blank Horn, the Clerk of the Court is hereby directed to transfer these cases to the docket of Judge Marian Blank Horn for the efficient administration of justice.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge